UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Monique Ross,

    Plaintiff,

                                                       Case No. 1:18cv455

    v.                                            Judge Michael R. Barrett

DeVille Asset Management, Ltd., *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   This matter is dismissed without prejudice.

Date: October 7, 2019                     Richard W. Nagel, Clerk
                                                    Clerk

                                   By:      *S/Barbara A. Crum*
                                                    Deputy Clerk